# Third District Court of Appeal
## State of Florida

Opinion filed November 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0356
Lower Tribunal No. 22-4706
_____

**Mario Mirabal**,
Appellant,

vs.

**KP Investments Miami, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

The Andres Lopez Law Firm, PA, and Andres H. Lopez (Coral Springs), for appellant.

Damas Law, and Kenneth Damas, for appellee.

Before LOGUE, C.J., and LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.